# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

Defendant Name: __NIDIA MARIE SANTIAGO, a/k/a "Tasha"__

Place of Offense (City & County): __Knoxville & Knox__

Juvenile: Yes ____ No __X__    Matter to be Sealed: Yes __X__ No ____

Interpreter: No __X__ Yes ____ Language: _____

Total # of Counts: ____ Petty ____ Misdemeanor (Class ____) __1__ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | **21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B)** – conspiracy to knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance | 1 |

*(Use tab key after entering counts to create additional rows)*

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>*(if applicable)* |
|---|---|---|---|---|
| Set 1 | | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No __X__ Yes ____ Case No. _____

Defendant on Supervised Release: Yes ____ No __X__

Violation Warrant Issued? No __X__ Yes ____ Case No. _____

Related Case(s):

| Case Number | Defendant's attorney | How related |

| Case Number | Defendant's attorney | How related |

## Criminal Informations:

Pending criminal case: No ____ Yes ____ Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____ Appointed: _____

Date: **April 9, 2019**       Signature of AUSA: _____