

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #:  3:19-CR-57     Date:  August 5, 2021

United States of America     vs.     Leon Walton

**PROCEEDINGS:**  Sentencing Hearing.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Kevin Quencer |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Ruth Ellis | | Kharmon Anderson |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**JUDGMENT OF THE COURT:**
- 25 Months of Imprisonment.
- Followed by 3 Years Supervised Release
- All remaining Counts as to this defendant in this case are dismissed
- Special Assessment in the amount of $100.00.  The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine
- The court makes the following recommendations to the Bureau of Prisons: that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program and receive any computer educational programs or training that may be available.  It is further recommended that the defendant be designated to FCI Milan or a facility as geographically close to the Detroit Michigan as possible.
- Defendant will be allowed to self-report upon designation by the Bureau of Prisons

2:50 p.m. to 3:10 p.m.